*In re* EXTENSIÓN DE TÉRMINOS POR MOTIVO DEL 26 DE JULIO DE 2005.

*Número:* EM-2005-05      *Resuelto:* 20 de julio de 2005

SALA DE VERANO integrada por el JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, como su PRESIDENTE, y las JUEZAS ASOCIADAS SEÑORA FIOL MATTA y SEÑORA RODRÍGUEZ RODRÍGUEZ.

## RESOLUCIÓN

El Juez Presidente Interino, Hon. Francisco Rebollo López, ha concedido a los empleados y funcionarios de la Rama Judicial el día martes, 26 de julio de 2005, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 L.P.R.A. secs. 72 y 73) y se considerará el martes, 26 de julio de 2005, como si fuera un día feriado completo. Cualquier término por vencer ese día se extenderá hasta el jueves, 28 de julio de 2005, próximo día laborable.

*Se ordena la inmediata difusión pública de esta resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*